**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

September 12, 2007

Lewis B. Cohn, Esq.
Witman, Stadtmauer & Michaels, P.A.
26 Columbia Turnpike
Florham Park, NJ 07932-2246

<u>VIA REGULAR & CERTIFIED MAIL, R.R.R.</u>
Mark Lomakin
Nina Lomakin
Tony Lomakin
c/o Pure Spring Water Company
70 Clinton Road
Fairfield, NJ 07004

**<u>REPORT AND RECOMMENDATION</u>**

Re:   <u>Union of Orthodox Jewish Congregations of America v. Fleet Technologies
      Civil Action No. 05-4605 (WHW)</u>

Dear Counsel:

By Order dated November 27, 2006, Magistrate Judge Hedges entered an Order recommending that defendant Pure Springs Water Company, a corporate entity not represented by counsel, have its pleadings stricken and a default entered against it. (Docket Entry No. 31). However, that Order was not styled as a Report and Recommendation as required by the local rules. This Report and Recommendation clarifies Judge Hedges' prior Order.

Under Third Circuit Law, a corporate entity must be represented by counsel. <u>Simbraw v. U.S.</u>, 367 F.2d 373 (3d Cir. 1966). No attorney has entered an appearance on behalf of Pure Springs Water Company. Accordingly, this Court hereby recommends that its pleadings be stricken and a default be entered against it. Pure Springs has ten (10) days to file any written objections.

SO ORDERED.

<u>s/Madeline Cox Arleo</u>
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. William H. Walls, U.S.D.J.
      File