UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, | : <br> : <br> : **ORDER** <br> : <br> Civ. No. 05-4605 (WHW) |
| Plaintiffs, | |
| v. | |
| FLEET TECHNOLOGIES, LLC, et al., | |
| Defendants. | |

This matter is before the Court on Magistrate Judge Madeline C. Arelo's Report and Recommendation. Under Third Circuit Law, a corporate entity must be represented by counsel. <u>Simbraw v. U.S.</u>, 367 F.2d 373 (3d Cir. 1966). No attorney has entered an appearance on behalf of Pure Springs Water Company ("Pure Springs"). Pure Springs has not filed any written objections to Judge Arleo's Report and Recommendation.

It is on this 16th day of November, 2007:

ORDERED that the Court approves and adopts the Report and Recommendation of Magistrate Judge Arleo in its entirety; and it is further

ORDERED that Pure Springs's pleadings be stricken;

ORDERED that Default is entered against Pure Springs.

                                                **/s/William H. Walls, U.S.S.J.**